AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

2016 MAY 18 PM 1:48

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:16-cr-00049(6) |
| Mekahale LAMB | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mekahale LAMB

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and to Distribute Heroin in violation of 21 USC 841(a)(1), (b)(1)(B) and 846;
Distribution of Heroin in violation of 21 USC 841(a)(1), (b)(1)(C)

Date: 05/18/2016

*Issuing officer's signature*

City and state: Cincinnati, Ohio

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 05/18/16, and the person was arrested on *(date)* 06/17/16
at *(city and state)* Columbus OH.

Date: 06/23/16

_____3058 for FBI Cols_____
*Arresting officer's signature*

BRAD [illegible] DSSM
*Printed name and title*